**No. 60633.**—Wycombe, Meyer Co. *v.* United States, protest 275633–K (New York).

Opinion by DONLON, J. The protest was dismissed.